UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                  Case No. 25-CR-20748
                                       HON. MARK A. GOLDSMITH

ARRON HOWARD,

     Defendant.

_____/

### **ORDER REGARDING DEFENDANT'S FAILURE TO REPORT AS DIRECTED, GRANTING EXTENSION OF REPORTING DATE, AND SETTING HEARING**

The Court, having been advised of the circumstances surrounding Defendant Arron Howard's failure to report as directed on May 5, 2026 for his self-surrender to the Bureau of Prisons, and having been informed of noncompliance related to the submission of the parties' proposed stipulated order to extend Defendant Howard's reporting date, temporarily extends Defendant Howard's self-surrender date to May 13, 2026. No warrant for his arrest due to a failure to report will be issued at this time. Defendant must bring to the hearing any medical records relating to his request to further extend his report date.

The Court will hold an in-person hearing on Defendant's failure to report on May 7, 2026, at 10:00 a.m.

     **SO ORDERED.**

Dated: May 6, 2026                    s/Mark A. Goldsmith
Detroit, Michigan               MARK A. GOLDSMITH
                               United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 6, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager